STATE OF TEXAS          CAUSE NO. 2014 CR 2045      IN THE DISTRICT COURT

VS.                              73,971-03        15-293-CR
                                                  75th JUDICIAL DISTRICT

STEVEN MITCHELL GARY                              BEXAR COUNTY TEXAS

<u>WRIT OF HABEUS CORPUS RIGHT TO A SPEEDY TRIAL RELIEF</u>
<u>BECAUSE OF DELAY</u>

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 07 2015

Abel Acosta, Clerk

NOW COMES the Defendant, STEVEN MITCHELL GARY with the authority of the sixth amendment to the U.S.C. also Article I Section 10 of the Texas Constitution, Article 28 section 6 of the Texas practice and Courtroom procedures, Moves this court to Grant an Speedy Trial and any Releif Entitled to him, and IN Support hereof, would show the following:

A Speedy Trial means a Reasonably Speedy trial and the Right to It may be secured by a WRIT OF HABEUS Corpus. See Rutherford Vs. STATE 16. Tex APP 649 (1884) STATE Vs. Bond Moreau Vs Bond 114T. 468, 271 S.W. 379 (1925) TEXAS PRACTICE Chapter 32.01 and 28.

The Sixth amendment to the U.S. Constitution Is an Important Safe Guard to prevent Undue and oppressive Incarceration prior to trial, to minimise anxiety and Concern accompanying public accusation and to limit the possibilities that long delay will Impair the ability of an accused to defend himself.

The delay Violates the Defendants Constitutional Right to a Speedy trial "RELIEF MUST BE GRANTED"

SCANNED
Date: 6/22/15
Initials:

THE Delay has caused IRREPERABLE HARM to the Defendants Social and financial BackGrounds along with oppressive INCARCERATION and this PRe-trial Delay has caused an unfairness to the accused. Defendant at all times has been Ready for trial and the delay Not of his doing.

THE PROSECUTION has NO wittness and the complaintant has filed an affidavit of NON PROSECUTION and prosecution Is being prejudiced that I cannot obtain a trial.

TRial has been RE-Set 5 times due to prosecutions Inability to obtain or Locate the wittness or complaintant IN this cause and due to prosecutions Inability to prosecute I the Defendant has suffered IRREPERABLY HARM also Violations of his federally Guaranteed and STATE OF TEXAS Constitutional Rights

IN ORDER to challenge the constitutionality of a Statute, a defendant must show that the Statute Is being unconstitutionally applied to him. "Cantu Vs. STATE, 939 S.W.2d 627. 643" (Tex.Crim. App. 1997). Defendant thus says that this Is his case.

WHEREFORE, PREMISES CONSIDERED. Defendant prays for Releif stated and any other Releif to which he Is Entitled.

_Sandra Lynn Malloy_

Steven M. Gay

SANDRA LYNN MALLOY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp.02-22-2019

June 16, 2015